UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LATONJIA ROBINSON-BROWN,**

   Plaintiff,

v.                              No. 4:25-cv-00915-P

**PAMELA J BONDI,**

   Defendant.

## ORDER

Plaintiff received notice (ECF No. 9) that she must comply with Local Rule 83.10(a), which requires the appearance of local counsel "where an attorney appearing in a case does not reside or maintain [their] principal office in this district." N.D. TEX. L.R. 83.10(a). The Court's notice stated that the Parties "must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice." ECF No. 9. Plaintiff filed an Unopposed Motion For Leave to Proceed Without Local Counsel (ECF No. 11), but the Court denied that Motion. ECF No. 12. Subsequently, attorney Paul Bailey Friener entered an appearance on behalf of Plaintiff (ECF No. 13), but Friener resides in Austin, which does not comply with the requirements for local counsel outlined in Local Rule 83.10(a).

The Court thus **ORDERS** compliance with Local Rule 83.10(a) by **September 18, 2025** or risk the possible dismissal of this case without prejudice or without further notice.

**SO ORDERED** on this **11th day of September 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE